UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00551-FDW-DCK

| | |
|---|---|
| GREGORY ARTHUR REID, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNION COUNTY BOARD OF ) <br> EDUCATION, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte* to extend the deadline for the parties to submit their joint pretrial submissions to the Court. As stated in open court at the pretrial conference on October 25, 2017, the Court ORDERS the parties to submit their joint pretrial submissions to the Court by the close of business on <u>Monday, October 30, 2017</u>. The parties should reference the Court's standing orders and the Case Management Order for this case (Doc. No. 11) to ensure compliance with the submission of a joint proposed pretrial order.

IT IS SO ORDERED.

Signed: October 25, 2017

Frank D. Whitney
Chief United States District Judge