UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00551-FDW-DCK

| | |
|---|---|
| GREGORY ARTHUR REID, JR., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNION COUNTY BOARD OF )<br>EDUCATION, )<br>)<br>    Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* to notify the parties that this case is scheduled for trial to commence the week of Monday, November 6, 2017. Docket call will occur on Monday, November 6, 2017 to be followed by the selection of the jury for this case on Monday, November 6, 2017 or Tuesday, November 7, 2017. If the Clerk's office is not notified by 5:00 PM on Thursday, November 2, 2017 that the case has been dismissed, the Court will assess all jurors' costs against Plaintiff if the case is later dismissed. (Doc. No. 11).

IT IS SO ORDERED.

Signed: November 1, 2017

Frank D. Whitney
Chief United States District Judge